PROB 12B
(7/93)

Report Date:  March 16, 2007

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of  Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 2 2 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender:  Dumont Paul Whitt                    Case Number: 2:03CR00045-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley

Date of Original Sentence: 7/10/2003                    Type of Supervision:    Supervised Release

Original Offense: Felon in Possession of a Firearm      Date Supervision Commenced: 3/15/2007
and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:  Prison - 57 Months; TSR - 36        Date Supervision Expires: 3/14/2010
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from these substances.

18      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as
        directed by the supervising probation officer, but no more than six tests per month, in order to confirm
        continued abstinence from this substance.

### CAUSE

Pursuant to U.S. v Stephens, the above modification with the offenders consent is being submitted to Your Honor
for consideration.

Respectfully submitted,

by

Richard B. Law
U.S. Probation Officer
Date:  March 16, 2007

Prob 12B
**Re:  Whitt, Dumont Paul**
**March 16, 2007**
**Page 2**

## THE COURT ORDERS

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer

March 21, 2007
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17      You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18      You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____        Signed: _____
                                                                             Dumont Paul Whitt
U.S. Probation Officer                                    Probationer or Supervised Releasee


March 16, 2007
Date